**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 05-6655

---

JESSE BROWN GRAVES,

Plaintiff - Appellant,

versus

HARLEY G. LAPPIN, Commissioner, Federal Bureau
of Prisons; B. A. BLEDSOE, Warden,

Defendants - Appellees.

---

Appeal from the United States District Court for the Northern
District of West Virginia, at Clarksburg. Frederick P. Stamp, Jr.,
District Judge. (CA-04-50-1-FPS)

---

Submitted: September 29, 2005        Decided: October 6, 2005

---

Before WILKINSON, KING, and GREGORY, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jesse Brown Graves, Appellant Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Jesse Brown Graves, a federal prisoner, appeals the district court's order denying relief on his petition filed under 28 U.S.C. § 2241 (2000).  We have reviewed the record and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  <u>See</u> <u>Graves v. Lappin</u>, No. CA-04-50-1-FPS (N.D.W. Va. Apr. 25, 2005).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>